*Everett* for respondents.

No. 461. WEST *v.* MILLER ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Alvin E. Stein* for petitioner. *Messrs. Harry P. Weber* and *Henry F. Tenney* for respondents.

No. 463. BELL-DOWLEN MILLS *v.* DRAPER. October 28, 1935. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Albert Lee Dorsey* for petitioner. No appearance for respondent.

No. 464. BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS ET AL. *v.* NORTH AMERICAN FRUIT & STEAMSHIP CORP. ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James Wilkinson* for petitioners. No appearance for respondents.

No. 465. PUBLIC WAREHOUSES OF MATANZAS, INC. ET AL. *v.* FIDELITY & DEPOSIT Co. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Delbert M. Tibbetts* and *Richard L. Sullivan* for petitioners. *Mr. Louis O. Bergh* for respondent.

No. 467. KECK INVESTMENT Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1935. Petition for writ